TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-12-00745-CV






Texas Health & Human Services Commission; and Kyle Janek, in his official capacity as
Executive Commissioner of The Texas Health & Human Services Commission, Appellants


v.


Planned Parenthood of Greater Texas Family Planning and Preventative Health Services,
Inc.; Planned Parenthood Association of Hidalgo County Texas, Inc.; Planned Parenthood
Association of Lubbock, Inc.; Planned Parenthood Association of Cameron and Willacy
Counties; Family Planning Associates of San Antonio; Planned Parenthood Gulf Coast,
Inc.; and Planned Parenthood of West Texas, Inc., Appellees






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. D-1-GN-12-003365, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING





O R D E R

PER CURIAM

 On this record, we deny appellees' motion for temporary orders and alternative
petition for injunctive relief.

 It is ordered December 7, 2012.



Before Justices Puryear, Pemberton and Rose